25 So.3d 1183 (2009)
Ex parte Brandon Lee LANSDELL.
(In re Brandon Lee Lansdell v. State of Alabama).
1070631.
Supreme Court of Alabama.
June 12, 2009.
Kevin D. Teague, Decatur, for petitioner.
Submitted on petitioner's brief only.
Prior report: Ala.Crim.App., 25 So.3d 1169.
PER CURIAM.
WRIT DENIED. NO OPINION.
See Rule 39(d)(6), Ala. R.App. P.
COBB, C.J., and LYONS, STUART, and BOLIN, JJ., concur.
MURDOCK, J., concurs specially.
MURDOCK, Justice (concurring specially).
I concur in this Court's order denying certiorari review and citing Rule 39(d)(6), Ala. R.App. P. I continue, however, to hold the view I expressed in my similar vote to deny certiorari review in Ex parte Soto, 991 So.2d 691, 697 (Ala.2008) (Murdock, J., concurring specially): "Structurally, syntactically, and grammatically, § 13A-10-15(a), Ala.Code 1975, is nonsensical."